IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRYMON CULL**     **PLAINTIFF**
**#211339**

V.     NO. 4:22-cv-01171-JM

**HIGGINS,** *et al.*     **DEFENDANTS**

## ORDER

Paul Criswell, an inmate at the Pulaski County Detention Facility ("Detention Facility"), filed this lawsuit *pro se* under 42 U.S.C. § 1983 on behalf of himself and 50 other inmates, including Plaintiff Larrymon Cull. *Doc. 1*. Pursuant to Court policy, the Court opened 51 different lawsuits, including this one for Mr. Cull.

On December 13, 2022, mail from the Court to Mr. Cull was returned as "undeliverable." *Doc. 3*.

On December 14, 2022, the Court ordered Mr. Cull to notify the Court of his current address within 30 days or risk dismissal of his complaint. *Doc. 4*. To date, he has not responded to the Court's December 14 Order, and the time to do so has passed.

The Court withdraws the reference.

Mr. Cull's claims are DISMISSED, without prejudice due to a lack of prosecution. FED. R. CIV. P. 41(b); Local rule 5.5(c)(2). An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 18th day of January, 2023

                                               UNITED STATES DISTRICT JUDGE